SAMPSON TKACZYK ET AL. *v.* KENNETH GALLAGHER

The motion by the plaintiffs to set aside the judgment of the Superior Court in New Haven County is denied.

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County is granted pursuant to the provisions of Practice Book § 696.

*Evelyn Tkaczyk, Julia Cravens* and *Sampson Tkaczyk,* pro se, the appellants (plaintiffs).

*Walter A. DeAndrade,* for the appellee (defendant).

Argued June 7—decided June 7, 1966